CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

**SOUTHERN DISTRICT OF MISSISSIPPI**
**FILED**
**AUG 21 2019**
ARTHUR JOHNSTON
BY _____ DEPUTY

CITY: _____

COUNTY: ____SCOTT____

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT _____  DOCKET # 3:19cr225DCB
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___YES _X_ NO

MATTER TO BE SEALED: ___YES _X_ NO

NAME/ALIAS: _____JUAN PEREZ-LUCAS a/k/a ROBERTO VELASQUEZ, JR._____

**U.S. ATTORNEY INFORMATION:**

AUSA: ___GLENDA R. HAYNES___    BAR # 2132

INTERPRETER: ___NO _X_ YES   LIST LANGUAGE AND/OR DIALECT: __SPANISH__

**LOCATION STATUS:**   ARREST DATE _____

_____ ALREADY IN FEDERAL CUSTODY AS OF _____

_____ ALREADY IN STATE CUSTODY _____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS:**

TOTAL # OF COUNTS: _2_    ___PETTY ___MISDEMEANOR  _2_ FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1  18:1546.F | 18 USC § 1546(a) | Fraud and Misuse of VISA/PERMITS | 1 |
| Set 2  42:408.F | 42 USC §408(a)(7)(B) | Misuse of Social Security Number | 2 |

Date: 8-20-19    SIGNATURE OF AUSA: /s/ Glenda R. Haynes

Revised 2/26/2010